UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>URIBE ALONSO (1),<br><br>　　　　　　　　　　Defendant. | Case No. 21-CR-0331-BAS<br><br>**JUDGMENT AND ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS WITH PREJUDICE** |

　　Pending before the Court is the United States of America's motion to dismiss with prejudice. Having reviewed the motion, and good cause appearing, the Court **GRANTS** the Government's motion and **DISMISSES WITH PREJUDICE** the indictments against Uribe Alonso.

　　**IT IS SO ORDERED.**

Dated: February 11, 2022

　　　　　　　　　　　　　　　　　　　　Cynthia Bashant
　　　　　　　　　　　　　　　　　　　　United States District Judge